UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>LAURA ELENA ROSALES-SANCHEZ,<br><br>        Defendant. | Case No. 4:11-cr-00020-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

Before the Court is Defendant Laura Elena Rosales-Sanchez's Petition for Dismissal (Dkts. 37, 38). Defendant pleaded guilty to possession of a firearm by a prohibited person and the Court later sentenced her to 15 months' incarceration, to be followed by a three-year term of supervision. In her pending petition, Rosales-Sanchez asks the court to "lower" her felony to a misdemeanor, alluding to potential future immigration benefits.

With certain exceptions that are not relevant here, "the court may not modify a term of imprisonment once it has been imposed . . . ." 18 U.S.C. § 3582(c). Likewise, this Court cannot simply declare that a person who has been convicted of a felony is actually a misdemeanant. Accordingly,

**IT IS ORDERED THAT** Defendant's Petition for Dismissal (Dkts. 37, 38)

MEMORANDUM DECISION AND ORDER - 1

is **DENIED.**

DATED: September 14, 2020

_____
B. Lynn Winmill
U.S. District Court Judge

**MEMORANDUM DECISION AND ORDER - 2**